# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 26, 2023

Elizabeth Wilson Vaughan
Department of Law - Division 5
Employment and Labor
40 CAPITOL SQ SW RM 226E
ATLANTA, GA 30334

Appeal Number: 23-10059-CC
Case Style: Andrew Bell v. Secretary of State for the State of Georgia, et al
District Court Docket No: 1:21-cv-02486-SEG

All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. <u>Although not required</u>, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

The motion to correct or amend brief filed by Appellees Director of Elections for the State of Georgia and Secretary of State for the State of Georgia is GRANTED by the Clerk.

Appellant's reply brief remains due on June 7, 2023.

<u>Clerk's Office Phone Numbers</u>

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

MOT-2 Notice of Court Action